UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISAAC ARNETT, | ) |
|     Plaintiff, | ) CASE NO. C2:13-CV-1996-MJP-JLW ) |
| v. | ) ORDER REVERSING ) COMMISSIONER AND REMANDING |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) WITH INSTRUCTIONS ) ) |
|     Defendant. | ) ) |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge John L. Weinberg. It is therefore ORDERED:

    I.    The Court adopts the Report and Recommendation. On remand, the ALJ should:

    (1) Weigh and consider the additional opinion of Dr. Petaja;

    (2) Credit-as-true the mental limitation opinions of Drs. Daley and Cunningham;

    (3) Credit-as-true the physical limitation opinion of Dr. Mata;

    (4) Credit-as-true Plaintiff's pain allegations;

ORDER REVERSING COMMISSIONER
PAGE -1

(5) Reassess Plaintiff's severe impairments at step two;

(6) Formulate a new RFC based on the record and corrections as discussed above.

(7) Consult a vocational expert, if the Medical-Vocational Guidelines are precluded, to determine whether there are other jobs Plaintiff could perform in light of his RFC.

II. The Court REVERSES the decision of the Commissioner; and

III. The Clerk shall direct copies of this Order to all counsel and to Judge Weinberg.

DATED this 15th day of Sept., 2014.

MARSHA J. PECHMAN
United States District Judge

ORDER REVERSING COMMISSIONER
PAGE -2